This memorandum is uncorrected and subject to revision before
publication in the New York Reports.
-----------------------------------------------------------------
No. 38
In the Matter of State Farm
Mutual Automobile Insurance
Company,
          Appellant,
          v.
Patrick Fitzgerald,
          Respondent.




          Henry Mascia, for appellant.
          Frank Braunstein, for respondent.







*   *   *   *   *   *   *   *   *   *   *   *   *   *   *   *

Reargument ordered and case set down for argument during a future
session of this Court.  Chief Judge Lippman and Judges Read,
Pigott, Abdus-Salaam, Stein and Fahey concur.  Judge Rivera took
no part.


Decided March 31, 2015